331-15  332-15  333-15  334-15  335-15
336-15  337-15 ELECTRONIC RECORD 338-15  339-15

Miscellaneous/Other Criminal
including Misdemeanor or

COA #    10-15-00055-CR                          OFFENSE:  Felony

STYLE:  William Arthur McIntosh v. The State of Texas          COUNTY:  Ellis

TRIAL COURT:        40th District Court                                    MOTION
TRIAL COURT #:      20084CR                    FOR REHEARING IS:
TRIAL COURT JUDGE:  Hon. Bob Carroll           DATE:
DISPOSITION:        DISMISSED                   JUDGE:


DATE:       March 5, 2015

JUSTICE:    Scoggins            PC          S   YES
PUBLISH:                        DNP:   YES

CLK RECORD:                          SUPP CLK RECORD:
RPT RECORD:                          SUPP RPT RECORD:
STATE BR:                            SUPP BR:
APP BR:                              PRO SE BR:


# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD                    CCA # 331-15 THRU 340-15

_____ PRO SE _____ Petition        Disposition:
FOR DISCRETIONARY REVIEW IN CCA IS:   DATE:
refused                               JUDGE:
DATE: July 29, 2015                   SIGNED:              PC:
JUDGE: PC                             PUBLISH:             DNP:


_____ MOTION FOR REHEARING IN    MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____        _____ ON _____

JUDGE: _____                      JUDGE: _____